Opinion issued September 10, 2013



In The

# Court of Appeals

For The

# First District of Texas

_____

## NOS. 01-13-00244-CV
## 01-13-00308-CV

_____

**THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,**
**Appellant**

**V.**

**ROBERT K. TCHOLAKIAN, Appellee**

**＊＊＊＊**

**IN RE UNIVERSITY OF TEXAS M. D. ANDERSON CANCER CENTER,**
**Relator**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-44889

Original Proceeding on Petition for Writ of Mandamus

## MEMORANDUM OPINION

Appellant, The University of Texas M. D. Anderson Cancer Center, has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

On April 10, 2013, relator, The University of Texas M. D. Anderson Cancer Center, filed a petition for writ of mandamus. *See* TEX. R. APP. P. 52. Relator has now filed "Relator's Motion to Dismiss Petition for Writ of Mandamus," stating that "the parties have finally settled this case" and requesting that the Court dismiss the original proceeding.

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.